# Case No. 24-6871

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

UNIMAX COMMUNICATIONS, LLC,

*Appellant,*

v.

T-MOBILE USA, INC.,

*Appellee.*

On Appeal from the United States District Court for
the Western District of Washington
Case No.: 2:23-cv-01830-KKE
The Honorable Kymberly K. Evanson

_____

## APPELLANT'S COUNSEL'S MOTION TO APPEAR REMOTELY FOR ORAL ARGUMENT

_____

Edward C. Chung
WSBA # 34292
Attorney for Appellant

CHUNG, MALHAS & MANTEL PLLC.
1037 NE 65th Street, Suite 80171
Seattle, Washington 98115
Telephone: (206) 264-8999
Facsimile: (206) 264-9098

## I. **MOTION**

**COMES NOW**, Appellant, Unimax Communication, LLC's counsel of record, Edward C. Chung with the law firm of CHUNG, MALHAS & MANTEL, PLLC, respectfully moves this Court for leave to appear remotely at the upcoming oral argument scheduled for November 3, 2025 in Portland, Oregon, pursuant to Federal Rule of Appellate Procedure 34 and Ninth Circuit Rule 34-1.

Good cause exists for this request. Appellant's counsel will be in the state of California during the month of November, and appearing in person in Portland, Oregon would impose significant hardship due to travel limitations during that time. Counsel has previously arranged family commitments that cannot be rescheduled. A remote appearance would alleviate this conflict while ensuring that counsel may present oral argument effectively on Appellant's behalf.

The requested relief will not prejudice any party, nor will it hinder the Court's consideration of the issues on appeal. The Ninth Circuit has regularly permitted remote oral argument where appropriate, and this request is consistent with that practice.

## II. CONCLUSION

For these reasons, Appellant's counsel respectfully requests that the Court grant leave to appear remotely for oral argument on November 3, 2025.

*Respectfully submitted this 25th day of August, 2025.*

**CHUNG, MALHAS & MANTEL, PLLC.**

*/s/ Edward C. Chung*
Edward C. Chung, WSBA # 34292
Attorney for Appellants

## III. DECLARATION OF APPELLANT'S COUNSEL

I, Edward C. Chung, counsel for the Appellant, declare as follows:

I am counsel of record for Appellant, Unimax Communications, LLC. I will be in the state of California during the month of November due to a previously arranged family commitment that cannot be rescheduled, and appearing in person in Portland, Oregon would impose significant hardship due to travel limitations during that time.

*I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that I signed this declaration on this 25th day of August, 2025.*

/s/ Edward Chung
Edward C. Chung, WSBA# 34292
Attorney for Appellant

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(a)(7)(C), I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because this motion contains 282 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(a)(7)(B)(iii). This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionately spaced typeface using Microsoft Word Times New Roman 14-point font.

*Dated this 25th day of August, 2025*

                                  */s/ Edward Chung*
                                  Edward C. Chung, WSBA# 34292
                                  Attorney for Appellant,
                                  Unimax Communications, LLC

## CERTIFICATE OF SERVICE

I, Connie Hylton, hereby certify that I am a paralegal providing services for the law firm of CHUNG, MALHAS & MANTEL, PLLC, and that on August 25, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*Respectfully submitted this 25th day of August, 2025.*

                                         */s/ Connie Hylton*
                                         Connie Hylton